UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PATRICIA TAVAREZ,                                                       :
:
              Plaintiff,                                                :
:                    20-CV-5904 (JMF) (SN)
      -v-                                                               :
:                    ORDER
ANDREW M. SAUL,                                                         :
:
              Defendant.                                                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated July 30, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 6.  If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **November 24, 2020**.

      SO ORDERED.

Dated: November 17, 2020
       New York, New York
                            JESSE M. FURMAN
                         United States District Judge